# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK FINANCIAL SERVICES<br><br>Plaintiff(s),<br><br>v.<br><br>ALPHA INDUSTRIAL SERVICES LLC, et al.<br><br>Defendant(s). | CASE NO. 2:24–cv–09446–DSF–BFM<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before 12/4/2025.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Date: November 20, 2025

_/s/ Dale S. Fischer_
Dale S. Fischer
United States District Judge