JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MACK FINANCIAL SERVICES, a division of VFS US LLC, a Delaware Limited Liability Company,

          Plaintiff,

          v.

ALPHA INDUSTRIAL SERVICES LLC, a New Mexico Limited Liability Company; MARCELLUS ELLIS, an Individual; ARC CAPITAL, LLC, a Colorado limited liability company; and DOES 1 to 10, inclusive,

          Defendants.

2:24-cv-09446-DSF-BFM

JUDGMENT

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Mack Financial Services and against Defendants Alpha Industrial Services LLC, Marcellus Ellis, and Arc Capital, LLC, jointly and severally, in the amount of $887,601.36, comprised of $580,482.61 in principal, $298,186.28 in pre-judgment interest, and $8,932.47 in fees.

Date:  May 20, 2026

_____
Dale S. Fischer
United States District Judge